JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5410FDB |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| vs. | ) ) | |
| RUBEN BAEZ-MANCILLA, | ) ) | |
| Defendant. | ) ) ) | |

Upon stipulated motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to June 30, 2005.

DONE this 21st day of June, 2005.

/s/ Franklin D Burgess
JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Russell V. Leonard
Russell V. Leonard
Attorney for Defendant

/s/ Matthew Thomas
Matthew Thomas
Assistant U.S. Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE      1
CR05-5410FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**