Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR05-5410FDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO CONTINUE TRIAL |
| | ) | |
| RUBEN BAEZ MANCILLA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER came before the Court upon the stipulated motion of the defendant, Ruben Baez Mancilla, and his attorney Russell Leonard, and the United States, by and through John McKay, United States Attorney for the Western District of Washington, and Matthew H. Thomas, Assistant United States Attorney, for said district, to continue the trial date, and having considered all the files and records herein,

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(I) that failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), that failure to grant the continuance in this case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's

need for more time to review the evidence and consider possible defenses, taking into account the exercise of due diligence;

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7), that this is a reasonable period of delay in that no previous motion for continuance of trial has been granted, and the defendant has requested more time to prepare for trial, and defendant has filed a waiver of speedy trial excluding all time from the old trial date of August 1, 2005 through November 30, 2005.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial.

THIS COURT FURTHER FINDS that all of the additional time requested between the original trial date of August 1, 2005 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until October 11, 2005, at 9:00 a.m., with a pretrial conference on September 30, 2005, at 3:30 p.m., and that the date within which the pretrial motions are due is continued to August 2, 2005. Pre-trial filings including trial briefs, witness and exhibit lists, voir dire questions, and motions in limine will now be due on September 22, 2005.

//
//
//
//
//
//
//
//
//

Order to Continue - 2
U.S. v. Baez-Mancilla/CR

The time between the current trial date of August 1, 2005 up to and including the new trial date of October 11, 2005 is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et. seq.

DATED this 13th day of July, 2005.


                                        /s/ Franklin D Burgess
                                        FRANKLIN D.  BURGESS
                                        United States District Judge

Presented by:


s/ Russell Leonard
RUSSELL LEONARD
Counsel for Defendant Baez-Mancilla


s/ Matthew H. Thomas
Assistant United States Attorney

Order to Continue - 3
U.S. v.  Baez-Mancilla/CR