Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>      v. )<br>RUBEN BAEZ MANCILLA , )<br>           Defendant. ) | NO. CR05-5410FDB<br><br>ORDER CONTINUING<br>TRIAL DATE |

THIS MATTER came before the Court upon an agreed motion of the defendant, RUBEN BAEZ MANCILLA and his attorney Keith A. MacFie and the United States, by and through John McKay, United States Attorney for the Western District of Washington, and Douglas B. Whalley and Matthew H. Thomas, Assistant United States Attorneys for said district, requesting an Order granting a continuance of the trial date.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), that failure to grant a continuance in this case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny counsel for the defendant the reasonable time necessary for effective preparation, due to the fact that defense counsel has recently appeared in this case and needs time to review the evidence and consider possible defenses, taking into account the exercise of due diligence;

THIS COURT FURTHER FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(I) that failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

THIS COURT FURTHER FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial.

THIS COURT FURTHER FINDS that all of the additional time requested between

Order Continuing Trial Date/U.S. v. Baez Mancilla - 1
CR05-5410FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4301
(253) 428-3800

the original trial date of October 11, 2005, and the new trial date of January 30, 2006, is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until January 30, 2006, at 9:00 a.m., with a pretrial conference on January 20, 2006, at 3:30 pm, and that the due date for filing pretrial motions is continued to November 10, 2005. The time between the current trial date of October 11, 2005 up to and including the new trial date of January 30, 2006 is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et. seq.

DATED this 7th of October, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Keith A. MacFie *

KEITH A. MacFIE
attorney for Defendant
Ruben Baez Mancilla


s/ Matthew H. Thomas

MATTHEW H. THOMAS
Assistant United States Attorney

Order Continuing Trial Date/U.S. v. Baez Mancilla - 2
CR05-5410FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4301
(253) 428-3800