JUDGE BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR05-5410FDB |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | MOTION CUTOFF DATE |
| RUBEN BAEZ MANCILLA, | ) | |
| | ) | |
| Defendant. | ) | |

Having reviewed the defense motion for a continuance of the motions cutoff date it is hereby:

ORDERED that the motion cutoff date in this matter shall be continued to November 25, 2005.

Dated this 15th day of November, 2005.

\_\_/s/ Franklin D Burgess_____
JUDGE

CONT. ORDER
1.

**Daly and MacFie**
Attorneys at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-272-1956  FAX: 253-272-2135