HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                    Plaintiff,         )<br>                                                          )<br> v.                                                   )<br>                                                          )<br> RUBEN BAEZ-MANCILLA,         )<br>                                                          )<br>                    Defendant.     )<br> _____) | CASE NO.  CR05-5410FDB<br><br><br>ORDER FOR CONTINUANCE<br>OF TRIAL DATE |

    Before this court is a stipulated motion for continuance of the trial date currently set for February 27, 2006. The Court finds that after consideration of all relevant information and the facts and circumstances of this case, that, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), failure to grant a continuance in this case, which, taken as a whole, is not so unusual or so complex as to fall within the clause (ii), would deny counsel for the defendant the reasonable time necessary for effective preparation, due to the fact that defense counsel has

Stipulated Motion and
Order for  Continuance - 1

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

recently been appointed in this case and needs time to review the evidence, to consider possible defenses, and to discuss possible resolution of the case with the government, taking into account the exercise of due diligence;

This Court finds, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(I), that failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

This court finds, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial.

Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by granting the motion for continuance. For these reasons, the Court finds that the stipulated motion for continuance should be granted. The previously scheduled trial date is hereby VACATED.

Now, therefore, it is hereby ordered that the trial date is continued to May 22, 2006 at 9:00 a.m., with a pretrial conference on May 11, 2006 at 3:00 p.m. The pretrial motions due date is extended to March 21, 2006.

//
//
//
//
//
//

Stipulated Motion and
Order for Continuance - 2

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330

1  The period of delay resulting from this continuance from February 27, 2006, up to and including
2  the new trial date of May 22, 2006 is excluded in computing the time within which a trial must be
3  held pursuant to Title 18, United States Code, Section 3161, et. seq.

4      IT IS SO ORDERED

5          DONE this 1st day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

By:  /s/ Steven J. Krupa
Steven J. Krupa. WSB 23997
Attorney for Defendant

Approved Telephonically:
02/ 21 /2006

U.S. Attorney's Office

By:
Matthew H. Thomas. WSB 20075
Assistant United States Attorney

Stipulated Motion and
Order for Continuance - 3

LAW OFFICES OF
KRUPA & CLARK
1008 S. Yakima Ave., Ste. 100
Tacoma, WA 98405
(253) 573-1000
Fax (253) 428-0330